ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00062-JLT-EPG |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| EZEQUIEL MEJIA, | DATE: January 14, 2026 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2026.

2. By this stipulation, defendant now moves to continue the status conference until February 25, 2026 at 1pm, and to exclude time between January 14, 2026, and February 25, 2026 at 1pm, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, audio recordings, and digital forensic data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The government has made a plea offer to the Defendant. The Defendant has been able to review and discuss the plea agreement with counsel. The parties are in the process of confirming a date for a change of plea hearing with the district court judge in late February 2026.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2026 to February 25, 2026 at 1pm, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  December 23, 2025        ERIC GRANT
                  United States Attorney

                  /s/ CALVIN LEE
                  CALVIN LEE
                  Assistant United States Attorney

| | |
|---|---|
| Dated: December 23, 2025 | /s/ Brian Andrich<br>Brian Andrich<br>Counsel for Defendant<br>EZEQUIEL MEJIA |

**ORDER**

For the reasons set forth in the parties' stipulation, the status conference in this case is continued until February 25, 2026 at 1pm, and time is excluded between January 14, 2026, and February 25, 2026 at 1pm, under Local Code T4, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.
IT IS SO ORDERED.

Dated: __December 23, 2025__         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4